UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 3328**

Andrew Brow
**Plaintiff**

-v-

Bochasanwasi Shree Akshar Purushottam Swaminarayan Sanstha-Northeast, BAPS New York, LLC, BAPS Shayona, Inc., B.A.P.S. Shayona Patel
**Defendant**

Case No.

**JUDGE CONNER**

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BAPS New York, LLC., BAPS Shayona, Inc _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

FILED
U.S. DISTRICT COURT
2008 APR -3 PM 1:42
S.D. OF N.Y.

Date: 4/3/08

Signature of Attorney
Geoffrey H. Horn
Attorney Bar Code:

Form Rule7_1.pdf