UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW BREW,

                      Plaintiff,

-vs-

BOCHASANWASI SHREE AKSHAR PURUSHOTTAM
SWAMINARAYAN SANSTHA-NORTHEAST, BAPS
NEW YORK, LLC, BAPS SHAYONA, INC.,
B.A.P.S. and KIRAN PATEL,

                      Defendants.
------------------------------------------------------------------X

NOTICE OF APPEARANCE

08 CIV 3328 (WCC)

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff ANDREW BREW.

I certify that I am admitted to practice in this court.

April 7, 2008

                      *[signature]*
                      ELEANOR L. POLIMENI, ESQ. (EP-8687)
                      of FINKELSTEIN & PARTNERS, LLP
                      436 Robinson Avenue
                      Newburgh, N.Y. 12550
                      Phone: (800) 634-1212
                      Fax: 845-562-3492
                      E-mail: epolimeni@lawampm.com

cc: Catalano Gallardo & Petropoulos, LLP
    Attorneys for Defendants
    100 Jericho Quadrangle, Suite 214
    Jericho, N.Y. 11753