**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF NEW YORK
-----------------------------------------------------------X
ANDREW BREW,

                  Plaintiff,

-against-

BOCHASANWASI SHREE AKSHAR PURUSHOTTAM
SWAMINARAYAN SANSTHA-NORTHEAST,
BAPS NEW YORK, LLC, BAPS SHAYONA, INC., B.A.P.S.
and KIRAN PATEL,

                  Defendants.
-----------------------------------------------------------X

Index No.
08 CV 3328 (WCC)
(ECF CASE)
STIPULATION + ORDER
EXTENDING TIME TO
ANSWER VERIFIED
COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for the defendants, BOCHASANWASI SHREE AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA-NORTHEAST s/h/a B.A.P.S., BAPS NEW YORK, LLC, BAPS SHAYONA, INC. and KIRAN PATEL, to appear, answer, plead or otherwise move herein be, and same is hereby extended to and including the 30th day of April, 2008.

IT IS FURTHER STIPULATED AND AGREED that the defendants waive service of process defenses.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD

Dated: Jericho, New York
April 16, 2008

*[signature]*

TRACY L. FRANKEL, ESQ. (TF 3648)
CATALANO GALLARDO
          & PETROPOULOS, LLP
Attorney(s) for Defendants
Bochasanwasi Shree Akshar
Purushottam Swaminarayan
Sanstha-Northeast, BAPS New York,
LLC, BAPS Shayona, Inc. and Kiran Patel
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
Our File No.: 10-508

*[signature]*

Eleanor L. Polimeni, Esq. (EP 8687)
Finklestein & Partners, LLP
Attorney(s) for Plaintiff,
Andrew Brew
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

SO ORDERED.
Dated: April 21, 2008
White Plains, NY

*[signature]* ~~SO ORDERED~~

WILLIAM C. CONNER,
Senior U.S.D.J.