**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW BREW,                                    08 CIV 3328 (WCC)
                                                ECF CASE
                    Plaintiff,                  ~~PROPOSED~~
                                                DISCOVERY
          -against-                             SCHEDULE AND ORDER


BOCHASANWASI SHREE AKSHAR PURUSHOTTAM
SWAMINARAYAN SANSTHA-NORTHEAST, BAPS
NEW YORK, LLC, BAPS SHAYONA, INC.,
B.A.P.S. and KIRAN PATEL,

                    Defendants.
------------------------------------------------------------------X

The parties submit the following proposed discovery schedule regarding the initial conference scheduled for May 23, 2008:

Discovery schedule:

- Rule 26(a)(1) Disclosures shall be served by June 20, 2008.

- Deadline for joinder and amendment of the pleadings: September 30, 2008.

- Fact discovery cut-off date: January 30, 2009.

- Plaintiff's expert disclosures to be served by: February 27, 2009.

- Defendant's expert disclosures to be served by: April 15, 2009.

- Expert depositions to be conducted by: June 30, 2009.

- All discovery, including expert depositions, is to be completed by June 30, 2009.

- Dispositive motions to be filed by July 31, 2009.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD

Dated: May 23, 2008

| FINKELSTEIN & PARTNERS, LLP | CATALANO GALLARDO & PETROPOULOS, LLP |
|---|---|
| *[signature]* | *[signature]* |
| ANDREW J. GENNA, ESQ. | TRACY LAUREN FRANKEL, ESQ.(TLF 3648) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 436 Robinson Avenue | 100 Jericho Quadrangle, Suite 214 |
| Newburgh, N.Y. 12550 | Jericho, N.Y. 11753 |
| (800) 634-1212 | (516) 931-1033 |
| | File No: 50-703 |

SO ORDERED.

Date: 5/23/08

*[signature]*
HON. WILLIAM C. CONNER
      U.S.D.J.