UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW BREW,

                      Plaintiff,

    -against-

BOCHASANWASI SHREE AKSHAR PURUSHOTTAM
SWAMINARAYAN SANSTHA-NORTHEAST,
BAPS NEW YORK, LLC, BAPS SHAYONA, INC., B.A.P.S.
and KIRAN PATEL,

                      Defendants.
------------------------------------------------------------------X

Docket No.
08 CV 3328

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that CATALANO GALLARDO & PETROPOULOS, LLP hereby appears on behalf of defendant BOCHASANWASI SHREE AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA-NORTHEAST s/h/a B.A.P.S., BAPS NEW YORK, LLC, BAPS SHAYONA, INC. and KIRAN PATEL. This notice is solely for the purpose of receiving ECF alerts from the District Court and does not in any way affect the defendants' right to contest jurisdiction or service.

Dated: Jericho, New York
        August 11, 2008

                                        Respectfully submitted,

                                        CATALANO GALLARDO
                                        & PETROPOULOS, LLP

                            By: _____
                                    THEODORE W. UCINSKI, ESQ. (TU1456)
                                    Attorneys for Defendants
                                    Bochasanwasi Shree Akshar Purushottam
                                    Swaminarayan Sanstha-Northeast s/h/a B.A.P.S.,
                                    BAPS New York, LLC, BAPS Shayona, Inc. and
                                    Kiran Patel
                                    100 Jericho Quadrangle - Suite 214
                                    Jericho, New York 11753
                                    516-931-1800
                                    tucinski@cgpllp.com
                                    File No. 20-703